CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| LENNOX SEAFORTH, | : | Civil No. 09-3174 (RMB) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| BURLINGTON COUNTY JAIL, | : | |
| Defendants. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **28th** day of **January 2010**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is granted and the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Complaint is dismissed for failure to state a claim upon which relief may be granted, without prejudice to the filing of an amended complaint within 30 days of the date of the entry of this Order; and it is further

**ORDERED** that, if Plaintiff files an amended complaint within 30 days of the date of the entry of this Order, then the Court will enter an order reopening the file and screening the amended complaint for dismissal; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and upon the Warden of Burlington County Jail; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1)(A), Plaintiff is assessed an initial partial filing fee equal to 20% of the average monthly deposits to the Plaintiff's prison account for the six month period immediately preceding the filing of the Complaint; when funds exist, the agency having custody of Plaintiff shall deduct said initial fee from Plaintiff's prison account and forward it to the Clerk; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee is paid, each subsequent month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from the Plaintiff's account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's prison account, with each payment referencing the docket number of this action; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion on Plaintiff by regular mail and shall close the file.

                                        s/Renée Marie Bumb
                                        **RENÉE MARIE BUMB**
                                        **United States District Judge**